**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2423**

ANDREW CHIEN,

        Plaintiff - Appellant,

    v.

JUDGE PATRICIA TOLLIVER GILES; JUDGE ROSSIE DAVID ALSTON, JR.; JUDGE J. HARVIE WILKINSON, III; JUDGE JAMES ANDREW WYNN; JUDGE PAMELA A. HARRIS; JUDGE ROBERT B. KING; JUDGE ALBERT DIAZ,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:25-cv-01232-LMB-WBP)

Submitted:  March 26, 2026                 Decided:  March 30, 2026

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Andrew Chien, Appellant Pro Se.  Jonathan Holland Hambrick, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Chien appeals the district court's November 18, 2025, order denying Chien's postjudgment motion that related to (a) the court's October 21, 2025, dismissal order, in which the court found that Defendants were entitled to absolute judicial immunity from suit; and (b) a 2013 order dismissing a different civil matter, *Chien v. Grogan*, No. 1:13-cv-00993-LMB-IDD.[*]  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  *Chien v. Giles*, No. 1:25-cv-01232-LMB-WBP (E.D. Va. Nov. 18, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Chien moves for leave to file appendices and exhibits in this court.  (*See* ECF No. 10).  We deny this motion.